IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILTON LAWRENCE BROWN,

    Plaintiff,　　　　　　　　　　　No. CIV S-06-1558 GEB DAD P

    vs.

ARNOLD SCHWARZENEGGER, et al.,　　　ORDER AND

    Defendants.　　　　　　　　　　FINDINGS AND RECOMMENDATIONS

_____/

        By order filed July 20, 2006, plaintiff's in forma pauperis application was denied for multiple reasons: (1) the application was not certified by a prison official and does not include a certified trust account statement for the six-month period preceding the filing of plaintiff's complaint; (2) plaintiff is barred by 28 U.S.C. § 1915(g) from proceeding in forma pauperis; and (3) plaintiff's claims against defendant Schwarzenegger fail to state a claim upon which relief can be granted and venue is improper in this district as to all other defendants. Plaintiff was ordered to pay the required filing fee of $350.00 within twenty days and was advised that failure to comply with the order will result in a recommendation that this action be dismissed. The twenty day period has expired, and plaintiff has not paid the filing fee.

        On August 14, 2006, plaintiff filed three documents. Two of these documents are captioned for filing in other courts and have no apparent relevance to this case. The third

1

document is titled "Certificate of Probable Cause" and consists of several irrelevant documents. On October 2, 2006, plaintiff filed a 55-page document that purports to be a request for transcript.  The documents filed on August 14, 2006, and October 2, 2006, will be disregarded.

Plaintiff has not demonstrated that he brought this action while under imminent injury of serious physical injury linked to the conduct of the defendants.  This action should be dismissed as barred by 28 U.S.C. § 1915(g).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 14, 2006 petition (docketed as #5), motion for leave to proceed in forma pauperis (docketed as #6), and certificate of probable cause (docketed as #7) will be disregarded;

2. Plaintiff's October 2, 2006 request for transcript (docketed as #8) is denied; and

IT IS RECOMMENDED that this action be dismissed without prejudice to the filing of a paid action.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 27, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brow1558.fpf