IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HILTON LAWRENCE BROWN,

    Plaintiff,                                       2:06-cv-1558-GEB-DAD-P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 27, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed a document titled "Objections to File Suit."

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Plaintiff has also filed a request for an extension of time to appeal the magistrate judge's November 27, 2006 order denying plaintiff's October 2, 2006 request for transcript. The docket does not reflect that a transcript has been filed in this case. Plaintiff's request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 21, 2006 request for extension of time is denied;

2. The findings and recommendations filed November 27, 2006, are adopted in full; and

3. This action is dismissed without prejudice to the filing of a paid action.

Dated: January 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge